# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | | |
|---|---|---|
| $477,225 FROM B1 BANK ACCOUNT | : | |
| NUMBER 080030125069 | : | CIVIL ACTION NO. 21-CV-41- |
| IN THE NAME OF INTERSTATE | : | |
| CONSTRUCTION GROUP, INC. | : | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

NOW INTO COURT COMES Plaintiff, United States of America, by and through undersigned counsel, who alleges the following:

## NATURE OF THE ACTION

This is a civil action in rem brought to forfeit and condemn to the United States $477,225.00 formerly in B1 Bank Account No. 080030125069 in the name of Interstate Construction Group, Inc. (the "defendant property"), representing any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of wire fraud (18 U.S.C. § 1343), and, thus, subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)D); and representing any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of bank fraud (18 U.S.C. § 1344) and, thus, subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

## JURISDICTION AND VENUE

The United States brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over this action for forfeiture under 28 U.S.C. §§ 1355(a) and 2461(a), and 18 U.S.C. §§ 981(a)(1)(C) and (D).

This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant in rem pursuant to Federal Rules of Civil Procedure, Supplemental Rule G(3)(b)(i), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(b) & (c).

Venue is proper in this district, pursuant to 28 U.S.C. § 1355(b)(1), because acts or omissions giving rise to the forfeiture occurred in this district.

## THE DEFENDANT IN REM

The defendant property consists of the following:

$477,225.00 in B1 Bank Account No. 080030125069 in the name of Interstate Construction Group, Inc. (the "defendant property"), which property is currently in the possession of the United States Treasury.

## FACTS

*Paycheck Protection Program*

1.      In the wake of the Coronavirus pandemic beginning in early 2020, the Coronavirus Aid, Relief, and Economic Security ("CARES") Act was passed and signed into law.   The CARES Act included the Paycheck Protection Program ("PPP") which served as an economic relief package to provide assistance to small businesses.   The PPP is implemented by the Small Business Administration ("SBA") with support from the Department of the Treasury.

2.      The Paycheck Protection Program ("PPP") provides small businesses with resources to maintain their payroll, to hire back employees who may have been laid off, and to cover applicable overhead expenses.   The PPP is a loan designed to provide a direct incentive for small businesses to keep their employees on the payroll.   Companies that legitimately file and apply for PPP loans are granted more funds based on the amount of employees that are employed there.   The program provides small businesses with funds to pay up to eight weeks of payroll

costs.   In return, the SBA will forgive loans if all employee retention criteria are met, and the funds are used for eligible expenses.   The SBA website advises that businesses can "apply through any existing SBA 7(a) lender or through any federally insured depository institution, federally insured credit union, and Farm Credit System institution that is participating."   Other regulated lenders will be available to make these loans once they are approved and enrolled in the program.

3.       According to the PPP Interim Final Rule, one of the requirements for eligibility for a PPP loan is that a business be "in operation on February 15, 2020 and either had employees for whom you paid salaries and payroll taxes or paid independent contractors, as reported on a Form 1099–MISC." Another requirement is that each applicant for a PPP loan "submit such documentation as is necessary to establish eligibility such as payroll processor records, payroll tax filings, or Form 1099–MISC, or income and expenses from a sole proprietorship. For borrowers that do not have any such documentation, the borrower must provide other supporting documentation, such as bank records, sufficient to demonstrate the qualifying payroll amount."

4.       Financial institutions volunteer to participate in reviewing PPP loan applications and dispersing loan proceeds.   The PPP loans are made by the financial institutions with financial institution funds, and do not include any government or SBA funds.   Investar Bank, in Baton Rouge, Louisiana, is one of the many financial institutions participating in the SBA's PPP loan program.

*Interstate Construction Group, Inc. Registration*

5.       According to the Louisiana Secretary of State corporations database, Interstate Construction Group, Inc. was initially registered on February 15, 2019.   The address was listed as 1616 N. Acadian Thruway, Suite B, Baton Rouge, LA.   The officers were listed as follows: Richard Hebert, President; Elvin Sterling, Executive Vice-President; and Madeline Barrow,

Secretary/Treasurer.   Hebert was listed as having a 60% ownership interest and Sterling was listed as having a 40% ownership interest.   Sterling was also listed as the registered agent.

*Interstate Construction Group bank account at B1 Bank*

6.      On June 16, 2020, a business checking account was opened at B1 Bank in the name of Interstate Construction Group, Inc.   No funds were used to open this account; thus, the beginning balance on the account was $0.   Hebert and Sterling were listed as authorized signers. Hebert was listed as the President and Sterling as the Executive V.P.   The listed office address for this account was 1616 N. Acadian Thruway, Baton Rouge, LA.   When agents visited this address, they found an abandoned and vacant business office, overgrown with shrubs and weeds, and posted with an old sign, "Sterling Law Firm."

*Interstate Construction Group PPP Loan Application to B1 Bank*

7.      Also, on or about June 16, 2020, a PPP loan application for $639,290 was submitted on behalf of Interstate Construction Group ("ICG") to B1 Bank in Baton Rouge, Louisiana.   The office address was listed as 1616 N. Acadian Thruway, Baton Rouge, LA.   Hebert was listed as President and having a 60% ownership interest, and Elvin Sterling was listed as Vice-President and having a 40% ownership interest.

8.      Hebert signed the Borrower Application Form as the President for ICG for the loan request of $639,290.   The form listed that ICG had approximately 30 employees and that its average monthly payroll was $255,716.25.   Also, on this form, Hebert initialed all of the listed certifications including certifying that ICG was in operation on February 15, 2020, and that the business had employees or independent contractors for whom the proceeds of the loan would be used to retain, and that the economic uncertainty of the pandemic made the loan necessary for ongoing operations.   Additionally, he certified that the applicant had not and would not receive

another loan under the PPP.

9.      Submitted as support for the ICG loan application were 27 2019 individual federal W-2 tax forms for supposed ICG employees.   These W-2 tax forms contained several irregularities including different fonts for text entries in different fields of the forms.   Also, the forms appear to contain lines from re-copying indicating that the Employer Info on the W-2s was changed and re-copied.   Furthermore, all of the 27 employee names on the W-2s did not match the corresponding social security numbers; these social security numbers belonged to individuals other than the listed ICG employee and, therefore, were fraudulent.

10.     On or about June 8, 2020, a PPP loan application in the name of Albritton Home Construction Group, Inc. ("AHCG"), was submitted by Hebert and Sterling to Investar Bank.   27 2019 individual federal W-2 tax forms were similarly submitted as support for this AHCG loan. These 27 W-2s were all exactly the same as the 27 W-2s submitted in support of the PPP loan application by ICG to B1 Bank, which was submitted only days after the AHCG loan application to a different bank.   The only difference in the W-2s was the name of the employer.   The 27 W-2s submitted in support of the ICG loan had Interstate Construction Group Inc. listed as the employer; the 27 W-2s submitted in support of the AHCG loan had Albritton Home Construction Group Inc. listed as the employer.

11.     Based on the representations made in the ICG PPP loan application, B1 Bank approved and funded the loan for $639,290.00.   On June 18, 2020, B1 Bank dispersed $639,290.00 to the newly-opened defendant B1 Bank checking account for ICG.

12.     Soon after, due to certain SBA/PPP loan guidelines, B1 Bank realized that the funded loan of $639,290 should have been funded instead for $477,225 and consequently re-configured the loan.   After re-processing the ICG loan amount and continuing to rely on the 27

W-2s submitted in support of the loan, B1 Bank dispersed $477,225 to the defendant bank account.

*Funds Seized*

13.     On July 28, 2020, pursuant to a seizure warrant signed by Magistrate Judge Richard L. Bourgeois, Jr., in the Middle District of Louisiana, $477,225.00 was seized from the B1 Bank account in the name of Interstate Construction Group, Inc.; this property is currently in the possession of the United States Treasury.

## LAW

18 U.S.C. § 981 – Civil Forfeiture

(a)(1) The following property is subject to forfeiture to the United States

(C) Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of section … 1344 of this title ….

(D) Any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of … (vi) section 1343 (relating to wire fraud) ….

## BASIS FOR FORFEITURE

The defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) because it represents property, real or personal, which constitutes or is derived from proceeds traceable to a violation of bank fraud (18 U.S.C. § 1344). The defendant property is also subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(D) because it represents property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of wire fraud (18 U.S.C. § 1343). Based on the facts set forth and incorporated herein, the defendant property should be properly condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and (D).

WHEREFORE, the plaintiff requests that, pursuant to Federal Rules of Civil Procedure, Supplemental Rule G(3)(b)(i), the Court issue a warrant and summons for the arrest and seizure of the defendant property; that notice of this action be given to all persons known or thought to have an interest in or right against the defendant property; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

UNITED STATES OF AMERICA, by

BRANDON J. FREMIN
UNITED STATES ATTORNEY

/s/ J. Brady Casey
J. Brady Casey, LBN 24338
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: john.casey@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | | |
|---|---|---|
| $477,225 FROM BI BANK ACCOUNT | : | |
| NUMBER 080030125069 | : | CIVIL ACTION NO. 21-CV- 41 |
| IN THE NAME OF INTERSTATE | : | |
| CONSTRUCTION GROUP, INC. | : | |

## VERIFICATION

I, Kevin Bodden, hereby verify and declare under penalty of perjury that I am a Senior Special Agent with the United States Secret Service, that I have read the foregoing <u>Verified Complaint In Rem</u> and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Senior Special Agent with the United States Secret Service.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this _15_ day of January, 2021.

KEVIN BODDEN
United States Secret Service

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  21-CV-41- |
| | ) | |
| $477,225.00 IN B1 BANK ACCOUNT NUMBER | ) | |
| 080030125069 IN THE NAME OF INTERSTATE | ) | |
| CONSTRUCTION GROUP INC. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  $477,225.00 IN B1 BANK ACCOUNT NUMBER 080030125069 IN THE NAME OF
INTERSTATE CONSTRUCTION GROUP INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

> J. Brady Casey
> Assistant United States Attorney
> 777 Florida Street, Suite 208
> Baton Rouge, Louisiana 70122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  21-CV-41-

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | $477,225.00 IN B1 BANK ACCOUNT NUMBER 080030125069 IN THE NAME OF INTERSTATE CONSTRUCTION GROUP INC. |

| (b) County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant _____ |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| J. Brad Casey, AUSA<br>777 Florida Street, Suite 208<br>Baton Rouge, LA 70801 Tel: 225-389-0443 | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☒ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18, United States Code, Section 1343

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 01/18/2021 | /s/: J. Brady Casey |

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.