UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| $477,225 FROM BI BANK ACCOUNT NUMBER 080030125069 IN THE NAME OF INTERSTATE CONSTRUCTION GROUP, INC. | : <br> : CIVIL ACTION NO. 21-CV-41-SDD-EWD <br> : <br> : |

**DEFAULT JUDGMENT AND ORDER OF FORFEITURE
AGAINST THE DEFENDANT PROPERTY**

This matter comes before the Court upon the United States' Moton for Entry of Default Judgment and Order of Forfeiture, as well as the Memorandum submitted in support of it. The Court has carefully reviewed the history of this case, which is a civil forfeiture action *in rem* against the defendant property which constitutes and is traceable to proceeds and receipts obtained from a scheme to submit a fraudulent Payment Protection Program application to B1 Bank.

On January 18, 2021, the plaintiff commenced this civil forfeiture action against the defendant property by filing a Verified Complaint for Forfeiture *In Rem*, alleging that the defendant property should be forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(D). R.Doc. 1.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules"), the plaintiff gave direct notice of this action to the known potential claimants, informing them of the forfeiture action and advising them that verified claims needed to be filed within thirty-five (35) days of the date of such notice.

The plaintiff also provided notification of this civil forfeiture action by publication pursuant to Supplemental Rule G(4)(a)(iv). On March 20, 2021, the government commenced notification of this forfeiture action on an official forfeiture internet site, http://www.forfeiture.gov, for 30 consecutive days, until April 18, 2021.

On March 16, 2021, Richard Hebert, Jr., filed a claim and answer on behalf of Interstate Construction Group, Inc., and subsequently filed a memorandum in support of this claim. However, on February 22, 2022, the Court struck this claim, answer, and memorandum in support of answer. On July 2, 2021, Gulf Coast Bank filed a claim. However, Gulf Coast Bank subsequently filed a Motion for Voluntary Dismissal of their Claim and their motion was granted on October 12, 2021. On July 2, 2021, Gulf Coast Bank & Trust Company filed a claim. However, Gulf Coast Bank & Trust Company subsequently filed a Motion to Dismiss their Claim and their motion was granted on November 30, 2021. On August 26, 2021, B1 Bank filed a Motion/Petition for Remission. However, B1 Bank subsequently filed a motion to dismiss its motion/petition, which was granted by this Court. Therefore, all the parties who filed claims in this civil forfeiture action have had their claims either dismissed or struck by the Court.

No other person or entity filed a timely claim or answer. There were no remaining claims for this Court to consider and the time to file such a claim or answer expired. This resulted in the entry of default by the Clerk of Court on March 2, 2022. Thus, the United States is entitled to a default judgment, pursuant to Fed. R. Civ. P. 55(b)(2), and an order of forfeiture against the defendant property.

Based on the Government's allegations in its Verified Complaint for Forfeiture *In Rem*, the Court finds that the defendant property was property constituting proceeds traceable to a violation of bank fraud, in violation of 18 U.S.C. § 1344, and was property which was traceable to the gross

receipts obtained, directly or indirectly from a violation of wire fraud, in violation of 18 U.S.C. § 1343. As such, the defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(D). The Court finds that the Verified Complaint for Forfeiture *In Rem* states a factual and legal basis for forfeiture. No response, answer, or defenses remain interposed and no opposition remains to the Plaintiff's Motion for Entry of a Default Judgment and for Order of Forfeiture.

**IT IS ORDERED** that a default judgment is entered against the interests of potential claimants Richard Hebert, Madelin Hebert, Interstate Construction Group, Inc., and Afton Bessix, and any and all unknown possible claimants to the defendant property, $477,225.00 from B1 Bank Account Number 080030125069 in the name of Interstate Construction Group, Inc.

**IT IS FURTHER ORDERED** that the defendant property, $477,225.00 from B1 Bank Account Number 080030125069 in the name of Interstate Construction Group, Inc., is forfeited to the United States of America, and that title to the defendant property, $477,225.00 from B1 Bank Account Number 080030125069 in the name of Interstate Construction Group, Inc., is vested in the United States of America, to be disposed of in accordance with law, and that no right, title, or interest in the defendant property, $477,225 from B1 Bank Account Number 080030125069 in the name of Interstate Construction Group, Inc., shall exist in any other person or entity.

**IT IS FURTHER ORDERED** that the Clerk of the Court may close this matter as to the defendant property, $477,225.00 from B1 Bank Account Number 080030125069 in the name of Interstate Construction Group, Inc.

Signed in Baton Rouge, Louisiana, this 29th day of April, 2022.

*Shelly D. Dick*
SHELLY D. DICK, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA